# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**ENTEGRA BANK**                                                                                          **PLAINTIFF**

v.                              CASE NO. 2:18-cv-02071-PKH

**WALD WOOD PRODUCTS, INC.;**
**THOMAS C. WALD;**
**KAREN R. WALD;**
**SIMMONS BANK; and**
**FUNDING METRICS, LLC**                                                                    **DEFENDANTS**

## MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Entegra Bank ("Plaintiff") for its motion for attorneys' fees and costs, states:

1. Plaintiff filed its complaint against defendants Wald Wood Products, Inc., Thomas C. Wald, Karen R. Wald, Simmons Bank, and Funding Metrics, LLC on April 11, 2018 alleging breach of contract, foreclosure, and replevin.

2. Defendant Simmons Bank timely answered the complaint. Defendants Wald Wood Products, Inc., Thomas C. Wald, Karen R. Wald, and Funding Metrics, LLC failed to answer or otherwise respond to the complaint.

3. On May 18, 2018, defendants Thomas C. Wald and Karen Wald (referred to herein as "Debtors" or the "Walds") filed a chapter 13 bankruptcy proceeding in the United States Bankruptcy Court for the Western District of Arkansas, Case No. 2:18-bk-71259, and as a result this action against the Walds and the real property collateral owned by the Walds was stayed pursuant to 11 U.S.C. §362.

4. On June 15, 2018, the first meeting of creditors was held in the Walds' chapter 13 proceeding at the United States Courthouse in Fort Smith, Arkansas. As part of Entegra Bank's collection efforts, the undersigned counsel attended the meeting of creditors on that day and examined the debtors regarding the claim of Entegra Bank, the status of the bank's collateral and the Debtors' proposed treatment of the claim of Entegra Bank in their chapter 13 plan.

5. On June 25, 2018, Entegra Bank filed an objection to confirmation of the Walds' proposed chapter 13 plan, which would have materially altered the rights of Entegra Bank under the terms of its loan agreements with the Walds. The Debtors amended their chapter 13 plan, and Entegra Bank filed an objection to the amended plan.

6. On September 7, 2018, Entegra Bank filed its motion for relief from the automatic stay of 11 U.S.C. § 362, so as to allow Entegra Bank to continue to litigate with the Walds and Wald Wood Products, Inc. in the case pending in this Court.

7. On October 9, 2018, the United States Bankruptcy Court for the Western District of Arkansas entered a Consent Order in the chapter 13 bankruptcy proceeding of Tom Wald and Karen Wald modifying the automatic stay so that this action could proceed in all respects and against all of the Bank's collateral.

8. On October 26, 2018, Plaintiff filed a renewed motion for default judgment against Wald Wood Products, Inc. and Funding Metrics, LLC.  On December 20, 2018, Plaintiff filed a motion for default judgment against the Walds.

9. On March 14, 2019, the Court granted Plaintiff's motions and entered a Judgment and an Order for Delivery in favor of Plaintiff.

10. Plaintiff now seeks an award of its attorneys' fees and costs incurred in prosecuting its claims against the defendants.

11. At the time Plaintiff filed its initial motion for default judgment in August 2018, Plaintiff had incurred reasonable attorneys' fees in the amount of $17,574.00 and costs in the amount of $1,872.36. Since that time, Plaintiff has incurred additional attorneys' fees and costs in prosecuting this action. In total, Plaintiff has incurred $26,369.00 of reasonable attorneys' fees and costs in the amount of $2,156.16 in connection with its enforcing its rights under the promissory note and guaranty agreements.

12. Plaintiff also anticipates incurring approximately $5,000.00 of additional attorneys' fees in order to comply with the Order entered on March 14, 2019, to have the Order of Delivery served, and to have the collateral seized and sold.

13. As the prevailing party, Plaintiff is entitled to recover its attorneys' fees and costs in full pursuant to North Carolina law, Fed. R. Civ. P. 54(d)(1), and the agreement between Plaintiff and defendants Wald Wood Products, Inc., Thomas C. Wald, and Karen R. Wald.

14. In support of this motion, Plaintiff submits the following:

- Exhibit 1, Loan Agreement between Plaintiff and Wald Wood Products, Inc.;

- Exhibit 2, Promissory Note executed by Wald Wood Products, Inc.
- Exhibit 3, Guaranty Agreements executed by Thomas C. Wald and Karen R. Wald;
- Exhibit 4, Affidavit of Charles T. Coleman, counsel for Plaintiff;
- Exhibit 5, Wright, Lindsey & Jennings LLP billing statements of attorneys' fees and costs incurred by Plaintiff; and
- The contemporaneously filed brief in support.

WHEREFORE, plaintiff Entegra Bank respectfully requests that the Court enter an order awarding Plaintiff attorneys' fees in the amount of $26,369.00 of reasonable attorneys' fees, plus $5,000.00 in future attorneys' fees, and costs in the amount of $2,156.16 in connection with this litigation, and that these amounts be included in the judgment in favor of Plaintiff, and for all other relief to which it is entitled.

Respectfully Submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: ccoleman@wlj.com; jmoss@wlj.com

By: */s/ Charles T. Coleman*
    Charles T. Coleman (80030)
    Jaimie G. Moss (2012228)
    *Attorneys for Entegra Bank*

4