UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ENTEGRA BANK**                                                                           **PLAINTIFF**

v.                             **CASE NO. 2:18-cv-02071-PKH**

**WALD WOOD PRODUCTS, INC.;**
**THOMAS C. WALD;**
**KAREN R. WALD;**
**SIMMONS BANK; and**
**FUNDING METRICS, LLC**                                                     **DEFENDANTS**

**AFFIDAVIT IN SUPPORT OF ENTEGRA BANK'S**
**MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

I, Charles T. Coleman, state the following on oath.

1.     I am over the age of 21 years, am competent to testify, and have personal knowledge of the facts stated in this affidavit.

2.     I was admitted to practice law in the State of Arkansas in 1980. I am a partner in the firm of Wright, Lindsey & Jennings LLP ("WLJ"), 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699.

3.     In March 2018, WLJ was retained by plaintiff Entegra Bank ("Plaintiff") to represent it in its efforts to collect the indebtedness owed to it by defendants Wald Wood Products, Inc., Thomas C. Wald, and Karen R. Wald ("Defendants") under a loan agreement, promissory note, security agreement, mortgage, and personal guaranties, and to replevin Plaintiff's collateral.

4.     I have been primarily responsible for this matter and the other professionals employed by WLJ who have assisted in the representation of Plaintiff.

1830426-v1                                                                                                                     Exhibit 4

5. The time records of WLJ disclose that Plaintiff has incurred attorneys' fees in the amount of $26,369.00 in this matter as of March 5, 2019, including fees billed.

6. Prior to filing the complaint, Plaintiff made demand on Defendants for satisfaction of the debt owed to Plaintiff. WLJ prepared and file the complaint on behalf of Plaintiff, and negotiated unsuccessfully with Defendants and then Defendants' counsel in an attempt to resolve the litigation.

7. The chapter 13 bankruptcy filing by Thomas C. Wald and Karen R. Wald, stayed Entegra Bank from enforcing its rights against the Walds individually and that portion of the Plaintiff's collateral that was an asset of their bankruptcy estate. Entegra Bank was forced to protect its rights against the individual borrowers and portions of the collateral in the bankruptcy court, thereby increasing the cost of foreclosing on its collateral in this Court. WLJ also prepared motions and related briefing both in this case and the chapter 13 bankruptcy proceeding of Thomas C. Wald and Karen R. Wald pending in the United States Bankruptcy Court for the Western District of Arkansas, Case No. 2:18-bk-71259, and attended bankruptcy proceedings on behalf of Plaintiff.

8. We anticipate WLJ will perform approximately $5,000.00 of additional work for Plaintiff in the months to come in order comply with the Order entered by this Court on March 14, 2019 and to have the Order of Delivery served, the collateral seized and sold pursuant to the Order.

1830426-v1

9. My time on this file was billed at the rate of $350 per hour. WLJ partners and paralegals who assisted on the file billed at their standard hourly rates.

10. Based on my experience and knowledge of prevailing billing rates in this region, it is my opinion that our billing rates in this case are comparable to and in many instances below those charged by other experienced commercial litigation attorneys in Northwest and Central Arkansas on similar matters.

11. In my professional judgment, all services performed by WLJ for Plaintiff were necessary to obtain a judgment for the full amount of damages sought by Plaintiff and to obtain an Order for Delivery for the collateral, which is what the Court awarded in this case.

12. Plaintiff has paid costs in the amount of $2,156.16, including filing fees and other fees charged by the clerk, fees for service of process, and expenses related to pleadings, mailing expenses, long distance charges, and research expenses.

13. This affidavit is being submitted in support of the motion for attorneys' fees filed on behalf of Plaintiff in this action, and all statements in the motion are true to the best of my knowledge, information, and belief.

Dated March 27, 2019.

_____
Charles T. Coleman

## Acknowledgement

STATE OF ARKANSAS

COUNTY OF PULASKI

Subscribed and sworn to before me this 27 day of March, 2019.

_____
Notary Public

My Commission Expires:

_____

[Notary Seal: DEANNA LANTZ, COMM. EXP. 2-25-2025, No. 12403344, FAULKNER COUNTY, NOTARY PUBLIC - ARKANSAS]

4

1830426-v1