# WRIGHT, LINDSEY & JENNINGS LLP

200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | |
|---|---|
| Entegra Bank | Invoice Number   401347 |
| Anderson Ernst | Invoice Date   03/12/18 |
| Vice President | Client Number   ███████ |
| 14 One Center Court | Matter Number   ████5082 |
| Franklin, NC 28734 | |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 02/28/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 02/20/18 | Coleman, Charles T. | (Entegra Bank) Telephone conference with Anderson Ernst regarding ██████████ | 0.20 | 350.00 | 70.00 |
| 02/20/18 | Coleman, Charles T. | (Entegra) Prepare Engagement Letter (no charge) | 0.20 | 0.00 | 0.00 |
| 02/21/18 | Coleman, Charles T. | (Entegra) Prepare correspondence to Anderson regarding ████████ | 0.10 | 350.00 | 35.00 |
| 02/23/18 | Coleman, Charles T. | (Entegra Bank: Wald Wood) Review correspondence from Anderson Ernst and respond | 0.20 | 350.00 | 70.00 |
| 02/23/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding the ████████████ | 0.20 | 250.00 | 50.00 |
| 02/23/18 | Moss, Jaimie G. | Review and analysis of loan documents to ████████████████████████████████ | 0.60 | 250.00 | 150.00 |
| 02/24/18 | Coleman, Charles T. | (Entegra Bank: Wald Wood) Quick review of loan documents received from A. Ernst | 0.40 | 350.00 | 140.00 |
| 02/26/18 | Moss, Jaimie G. | Prepare memorandum regarding ████████████████ | 0.40 | 250.00 | 100.00 |
| 02/26/18 | Moss, Jaimie G. | Prepare demand letter to Wald Wood Products and the guarantors | 0.30 | 250.00 | 75.00 |
| 02/26/18 | Moss, Jaimie G. | Review and revision of the demand letter to Wald Wood Products and guarantors | 0.10 | 250.00 | 25.00 |
| 02/26/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding ████████████ | 0.10 | 250.00 | 25.00 |
| 02/27/18 | Coleman, Charles T. | Work on UCC and title searches | 0.20 | 350.00 | 70.00 |
| 02/27/18 | Lantz, Dee Dee | Prepare correspondence to Alta Tharp at Proland Title Company regarding request for quotes for title searches in Logan and Crawford Counties | 0.10 | 120.00 | 12.00 |

Exhibit 5

██████  Entegra Bank                                           Invoice    401347
██5082   v. Wald Wood Products, Inc., et al.                                Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|------------|---|-------|------|-------|
| 02/28/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ██████ | 0.20 | 350.00 | 70.00 |
| 02/28/18 | Moss, Jaimie G. | Review and revision of the demand letter to Wald Wood Products | 0.10 | 250.00 | 25.00 |
| 02/28/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding ██████ | 0.20 | 250.00 | 50.00 |
| 02/28/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding ██████ | 0.10 | 250.00 | 25.00 |
| | **Total Fees and Hours** | | **3.70** | | **$992.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Charles T. Coleman | 1.30 | at | $350.00 | = | 455.00 |
| Charles T. Coleman | 0.20 | at | $0.00 | = | 0.00 |
| Jaimie G. Moss | 2.10 | at | $250.00 | = | 525.00 |
| Dee D. Lantz | 0.10 | at | $120.00 | = | 12.00 |
| | | | **Current Fees** | | **$992.00** |

**For Expenses Incurred Through 02/28/18:**

| Date | | Value |
|------|---|-------|
| 02/28/18 | Postage- Certifdd* (x3) | 20.01 |
| | **Current Expenses** | **$20.01** |

| | | |
|---|---|---|
| | **Total Current Charges** | **$1,012.01** |

### WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | | |
|---|---|---|
| Entegra Bank | Invoice Number | 402413 |
| Anderson Ernst | Invoice Date | 04/04/18 |
| Vice President | Client Number | ▆ |
| 14 One Center Court | Matter Number | ▆5082 |
| Franklin, NC 28734 | | |

Re:   v. Wald Wood Products, Inc., et al.


**For Professional Services Incurred Through 03/31/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 03/07/18 | Lantz, Dee Dee | Review correspondence received from Robin Colvert regarding UCC searches | 0.10 | 120.00 | 12.00 |
| 03/11/18 | Moss, Jaimie G. | Prepare complaint for breach of contract, replevin, and foreclosure | 1.60 | 250.00 | 400.00 |
| 03/12/18 | Coleman, Charles T. | Review, analyze and revise pleadings - draft | 1.00 | 350.00 | 350.00 |
| 03/12/18 | Moss, Jaimie G. | Prepare affidavit of replevin | 0.40 | 250.00 | 100.00 |
| 03/12/18 | Moss, Jaimie G. | Prepare notice of replevin | 0.20 | 250.00 | 50.00 |
| 03/12/18 | Moss, Jaimie G. | Prepare lis pendens | 0.20 | 250.00 | 50.00 |
| 03/12/18 | Moss, Jaimie G. | Review and revision of the complaint for breach of contract, replevin, and foreclosure | 0.50 | 250.00 | 125.00 |
| 03/12/18 | Lantz, Dee Dee | Prepare correspondence to Alta Tharp, ProLand title Company, regarding status of request title searches in Logan and Crawford counties | 0.10 | 120.00 | 12.00 |
| 03/13/18 | Coleman, Charles T. | Prepare correspondence to client regarding ▆ | 0.20 | 350.00 | 70.00 |
| 03/13/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding ▆ | 0.10 | 250.00 | 25.00 |
| 03/13/18 | Moss, Jaimie G. | Review and revision of the complaint for replevin and affidavit for replevin | 0.30 | 250.00 | 75.00 |
| 03/15/18 | Coleman, Charles T. | Review correspondence from Mr. Wald and prepare correspondence to Anderson Ernst | 0.30 | 350.00 | 105.00 |
| 03/15/18 | Moss, Jaimie G. | Review correspondence from Anderson Ernst regarding ▆ | 0.10 | 250.00 | 25.00 |
| 03/15/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding ▆ | 0.20 | 250.00 | 50.00 |
| 03/15/18 | Moss, Jaimie G. | Review and analysis of the payoff/settlement proposal from borrowers | 0.20 | 250.00 | 50.00 |
| 03/19/18 | Coleman, Charles T. | Prepare correspondence to client regarding ▆ | 0.20 | 350.00 | 70.00 |

Entegra Bank                                                      Invoice    402413

5082      v. Wald Wood Products, Inc., et al.                                Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 03/19/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst | 0.10 | 250.00 | 25.00 |
| 03/19/18 | Moss, Jaimie G. | Review and revision of the complaint and affidavit of replevin | 0.30 | 250.00 | 75.00 |
| 03/21/18 | Coleman, Charles T. | Review correspondence from client and respond | 0.20 | 350.00 | 70.00 |
| 03/21/18 | Coleman, Charles T. | Prepare correspondence to borrower and review and revise same | 0.30 | 350.00 | 105.00 |
| 03/21/18 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding | 0.20 | 250.00 | 50.00 |
| | **Total Fees and Hours** | | **6.80** | | **$1,894.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Charles T. Coleman | 2.20 | at | $350.00 | = | 770.00 |
| Jaimie G. Moss | 4.40 | at | $250.00 | = | 1,100.00 |
| Dee D. Lantz | 0.20 | at | $120.00 | = | 24.00 |
| | **Current Fees** | | | | **$1,894.00** |

**For Expenses Incurred Through 03/31/18:**

| Date | | Value |
|---|---|---|
| 03/07/18 | Fee- VENDOR: Quest Research, Inc.; INVOICE#: 130901315X; DATE: 3/7/2018 - Research federal & state tax liens; Quest Research, Inc. | 66.50 |
| 03/12/18 | Computerized Research | 23.80 |
| | **Current Expenses** | **$90.30** |

| | |
|---|---|
| **Total Current Charges** | **$1,984.30** |
| **Total Amount Due** | **$1,984.30** |

## WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

Entegra Bank
Anderson Ernst
Vice President
14 One Center Court
Franklin, NC 28734

| | |
|---|---|
| Invoice Number | 403869 |
| Invoice Date | 05/02/18 |
| Client Number | ███ |
| Matter Number | ███082 |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 04/30/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 04/05/18 | Coleman, Charles T. | Prepare correspondence to client ███ ███ and review file | 0.30 | 350.00 | 105.00 |
| 04/09/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst - ███ ███ | 0.10 | 350.00 | 35.00 |
| 04/09/18 | Moss, Jaimie G. | (NO CHARGE) Review correspondence with Anderson Ernst regarding ███ | 0.10 | 0.00 | 0.00 |
| 04/10/18 | Coleman, Charles T. | Exchange emails with Anderson Ernst regarding ███ | 0.10 | 350.00 | 35.00 |
| 04/10/18 | Coleman, Charles T. | Review final form of complaint and prepare civil action cover sheet for filing | 0.30 | 350.00 | 105.00 |
| 04/10/18 | Moss, Jaimie G. | (NO CHARGE) Review correspondence with Anderson Ernst regarding ███ | 0.20 | 0.00 | 0.00 |
| 04/10/18 | Moss, Jaimie G. | Finalize complaint and exhibits for filing | 0.50 | 250.00 | 125.00 |
| 04/10/18 | Lantz, Dee Dee | Prepare civil cover sheet | 0.10 | 120.00 | 12.00 |
| 04/10/18 | Lantz, Dee Dee | Search Arkansas Secretary of State's online business entity records and identify registered agent for service for Wald Wood Products | 0.10 | 120.00 | 12.00 |
| 04/10/18 | Lantz, Dee Dee | Prepare summons to Wald Wood Products, Inc | 0.20 | 120.00 | 24.00 |
| 04/10/18 | Lantz, Dee Dee | Prepare summons to Thomas Wald | 0.20 | 120.00 | 24.00 |
| 04/10/18 | Lantz, Dee Dee | Prepare summons to Karen Wald | 0.20 | 120.00 | 24.00 |
| 04/10/18 | Lantz, Dee Dee | Search Arkansas State Bank Department and identify registered agent for service for Simmons Bank | 0.10 | 120.00 | 12.00 |
| 04/10/18 | Lantz, Dee Dee | Prepare summons to Simmons Bank | 0.20 | 120.00 | 24.00 |
| 04/10/18 | Lantz, Dee Dee | Search Delaware Secretary of State's online business entity records and identify registered agent for service for Funding Metrics | 0.10 | 120.00 | 12.00 |
| 04/10/18 | Lantz, Dee Dee | Prepare summons to Funding Metrics | 0.20 | 120.00 | 24.00 |

| | Entegra Bank | | | Invoice | 403869 |
|---|---|---|---|---|---|
| ███ 5082 | v. Wald Wood Products, Inc., et al. | | | | Page 3 |

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 04/11/18 | Coleman, Charles T. | Prepare correspondence to Client ███ ████████████████ | 0.20 | 350.00 | 70.00 |
| 04/11/18 | Moss, Jaimie G. | (NO CHARGE) Prepare entry of appearance | 0.10 | 0.00 | 0.00 |
| 04/13/18 | Lantz, Dee Dee | Prepare correspondence to Crawford County Circuit Clerk regarding recording of lis pendens in real property records | 0.20 | 120.00 | 24.00 |
| 04/13/18 | Lantz, Dee Dee | Prepare correspondence to Logan County Circuit Clerk Northern District regarding recording of lis pendens in real property records | 0.20 | 120.00 | 24.00 |
| 04/18/18 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst ████████████████ | 0.10 | 250.00 | 25.00 |
| 04/19/18 | Lantz, Dee Dee | Telephone conference with Brandon Piercy, process server, regarding service of lawsuit documents on Wald defendants and entity | 0.10 | 120.00 | 12.00 |
| 04/19/18 | Lantz, Dee Dee | Prepare detailed correspondence to Brandon Piercy, process server, regarding service of lawsuit documents on Wald defendants and entity in compliance with Rule 4 of the Arkansas Rules of Civil Procedure | 0.20 | 120.00 | 24.00 |
| 04/19/18 | Lantz, Dee Dee | Prepare correspondence to Simmons Bank regarding service of lawsuit documents in compliance with Rule 4 of the Arkansas Rules of Civil Procedure | 0.20 | 120.00 | 24.00 |
| 04/19/18 | Lantz, Dee Dee | Prepare correspondence to Funding Metrics LLC regarding service of lawsuit documents in compliance with Rule 4 of the Arkansas Rules of Civil Procedure | 0.20 | 120.00 | 24.00 |
| 04/23/18 | Lantz, Dee Dee | Review correspondence received from Crawford County Circuit Clerk regarding request to record lis pendens in real property records | 0.10 | 120.00 | 12.00 |
| 04/23/18 | Lantz, Dee Dee | Telephone conference with Brandon Piercy, process server, regarding status of service of lawsuit documents | 0.10 | 120.00 | 12.00 |
| 04/24/18 | Coleman, Charles T. | Review issues related to filing of lis pendens | 0.10 | 350.00 | 35.00 |
| 04/24/18 | Coleman, Charles T. | Review status of service of process | 0.10 | 350.00 | 35.00 |
| 04/26/18 | Lantz, Dee Dee | Telephone conference with Brandon Piercy, process server, regarding status of service of lawsuit documents | 0.10 | 120.00 | 12.00 |
| 04/30/18 | Coleman, Charles T. | Review and analyze service of process issues | 0.20 | 350.00 | 70.00 |
| 04/30/18 | Coleman, Charles T. | Prepare correspondence to client regarding ████████ | 0.20 | 350.00 | 70.00 |
| 04/30/18 | Lantz, Dee Dee | Telephone conference with Brandon Piercy, process server, regarding status of service of lawsuit documents and to relay additional service information | 0.20 | 120.00 | 24.00 |
| | **Total Fees and Hours** | | **5.60** | | **$1,070.00** |

Entegra Bank                                                      Invoice      403869
5082   v. Wald Wood Products, Inc., et al.                              Page 4

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Charles T. Coleman | 1.60 | at | $350.00 | = | 560.00 |
| Jaimie G. Moss | 0.60 | at | $250.00 | = | 150.00 |
| Jaimie G. Moss | 0.40 | at | $0.00 | = | 0.00 |
| Dee D. Lantz | 3.00 | at | $120.00 | = | 360.00 |
| | | **Current Fees** | | | **$1,070.00** |

**For Expenses Incurred Through 04/30/18:**

| Date | | Value |
|---|---|---|
| 03/26/18 | Fee- VENDOR: Harly Enterprises LLC; INVOICE#: 032618; DATE: 3/26/2018  - File No. 6-511<br>Lien Search and foreclosure title report for 2 parcels in Crawford County and 4 parcels in Logan County; Harly Enterprises LLC | 950.00 |
| 04/13/18 | Fee- to record lis pendens<br>PAYEE: Logan County Circuit Clerk; REQUEST#: 971; DATE: 4/13/2018.; Logan County Circuit Clerk | 30.00 |
| 04/13/18 | Fee- to record lis pendens<br>PAYEE: Crawford County Circuit Clerk; REQUEST#: 972; DATE: 4/13/2018.; Crawford County Circuit Clerk | 30.00 |
| 04/19/18 | Postage | 8.25 |
| 04/19/18 | Postage- 2 x certified - casteel | 39.70 |
| 04/24/18 | Fee- for service of lawsuit documents<br>PAYEE: Brandon Piercy; REQUEST#: 1099; DATE: 4/24/2018.; Brandon Piercy | 150.00 |
| | **Current Expenses** | **$1,207.95** |
| | **Total Current Charges** | **$2,277.95** |
| | **Total Amount Due** | **$2,277.95** |

# WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | |
|---|---|
| Entegra Bank | **Invoice Number**       405046 |
| Anderson Ernst | **Invoice Date**       06/04/18 |
| Vice President | **Client Number**       ▮ |
| 14 One Center Court | **Matter Number**       ▮5082 |
| Franklin, NC 28734 | |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 05/31/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 05/02/18 | Coleman, Charles T. | Review correspondence from process server | 0.10 | 350.00 | 35.00 |
| 05/02/18 | Coleman, Charles T. | Prepare correspondence to client regarding ▮ ▮ and docket calendar | 0.20 | 350.00 | 70.00 |
| 05/02/18 | Lantz, Dee Dee | Telephone conference with Brandon Piercy, process server, regarding service of lawsuit documents on Wald defendants and entity | 0.20 | 120.00 | 24.00 |
| 05/08/18 | Coleman, Charles T. | Review correspondence from opposing counsel regarding bankruptcy | 0.10 | 350.00 | 35.00 |
| 05/08/18 | Coleman, Charles T. | Review bankruptcy docket and bankruptcy petition | 0.20 | 350.00 | 70.00 |
| 05/08/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ▮ | 0.20 | 350.00 | 70.00 |
| 05/08/18 | Coleman, Charles T. | Prepare entry of appearance in bankruptcy | 0.10 | 350.00 | 35.00 |
| 05/08/18 | Lantz, Dee Dee | Draft affidavit of service as to Funding Metrics, LLC | 0.20 | 120.00 | 24.00 |
| 05/08/18 | Lantz, Dee Dee | Draft affidavit of service as to Simmons Bank | 0.20 | 120.00 | 24.00 |
| 05/14/18 | Moss, Jaimie G. | Telephone conference with counsel for Simmons Bank regarding a motion for extension of time to respond to the complaint | 0.20 | 250.00 | 50.00 |
| 05/14/18 | Moss, Jaimie G. | Prepare and review correspondence with counsel for Simmons Bank regarding the motion for extension of time to respond to the complaint | 0.30 | 250.00 | 75.00 |
| 05/14/18 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ▮ | 0.10 | 250.00 | 25.00 |
| 05/18/18 | Coleman, Charles T. | Exchange emails with client regarding ▮ | 0.20 | 350.00 | 70.00 |
| 05/22/18 | Coleman, Charles T. | Review and analyze answer of Simmons Bank and objection to order for delivery | 0.50 | 350.00 | 175.00 |

Entegra Bank                                                     Invoice    405046
5082   v. Wald Wood Products, Inc., et al.                                    Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|--|-------|------|-------|
| 05/22/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst with | 0.20 | 350.00 | 70.00 |
| 05/23/18 | Coleman, Charles T. | Review bankruptcy schedules and statement of financial affairs | 0.30 | 350.00 | 105.00 |
| 05/23/18 | Coleman, Charles T. | Review Chapter 13 plan | 0.20 | 350.00 | 70.00 |
| 05/23/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding | 0.50 | 350.00 | 175.00 |
| 05/29/18 | Coleman, Charles T. | Prepare correspondence to Client regarding | 0.10 | 350.00 | 35.00 |
| 05/30/18 | Coleman, Charles T. | Telephone conference with Anderson Ernst and prepare memorandum to file | 0.30 | 350.00 | 105.00 |
| 05/30/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst with initial scheduling order | 0.20 | 350.00 | 70.00 |
| | | **Total Fees and Hours** | **4.60** | | **$1,412.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|--|------|--|-------|
| Charles T. Coleman | 3.40 | at | $350.00 | = | 1,190.00 |
| Jaimie G. Moss | 0.60 | at | $250.00 | = | 150.00 |
| Dee D. Lantz | 0.60 | at | $120.00 | = | 72.00 |
| | | **Current Fees** | | | **$1,412.00** |

**For Expenses Incurred Through 05/31/18:**

| Date | | Value |
|------|--|-------|
| 04/18/18 | Long Distance - Telephone- Telephone; "1(479)438-4658", 1 Mins. | 0.64 |
| 04/19/18 | Long Distance - Telephone- Telephone; "1(479)420-9558", 4 Mins. | 3.20 |
| 05/23/18 | Filing Fee- for complaint filed in federal court<br>VENDOR: Bank of America; INVOICE#: 40/0418; DATE: 5/23/2018  -  visa;<br>Bank of America | 400.00 |
| | **Current Expenses** | **$403.84** |

| | | |
|--|--|--|
| | **Total Current Charges** | **$1,815.84** |
| | **Total Amount Due** | **$1,815.84** |

# WRIGHT, LINDSEY & JENNINGS LLP

200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

Entegra Bank                                               Invoice Number          406131
Anderson Ernst                                             Invoice Date             07/06/18
Vice President                                             Client Number          ██████
14 One Center Court                                        Matter Number          ██5082
Franklin, NC 28734

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 06/30/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 06/07/18 | Coleman, Charles T. | Prepare draft of order for relief from stay | 0.80 | 350.00 | 280.00 |
| 06/07/18 | Coleman, Charles T. | Prepare draft of objection to confirmation | 0.50 | 350.00 | 175.00 |
| 06/08/18 | Coleman, Charles T. | Review and revise order for relief from stay | 0.20 | 350.00 | 70.00 |
| 06/08/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel Carl Hopkins | 0.20 | 350.00 | 70.00 |
| 06/13/18 | Coleman, Charles T. | Telephone conference with opposing counsel Carl Hopkins | 0.30 | 350.00 | 105.00 |
| 06/13/18 | Coleman, Charles T. | Exchange emails with Carl Hopkins | 0.20 | 350.00 | 70.00 |
| 06/14/18 | Coleman, Charles T. | Review and revise order for relief from stay | 0.20 | 350.00 | 70.00 |
| 06/14/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel with revised order | 0.20 | 350.00 | 70.00 |
| 06/15/18 | Coleman, Charles T. | Travel from Little Rock to Ft. Smith, Arkansas for Wald meeting of creditors | 2.20 | 350.00 | 770.00 |
| 06/15/18 | Coleman, Charles T. | Attend meeting of creditors in Wald bankruptcy | 1.80 | 350.00 | 630.00 |
| 06/15/18 | Coleman, Charles T. | Travel from Ft. Smith to Little Rock | 2.30 | 350.00 | 805.00 |
| 06/15/18 | Coleman, Charles T. | Prepare correspondence to Trustee with loan documents from Entegra as requested | 0.10 | 350.00 | 35.00 |
| 06/19/18 | Coleman, Charles T. | Telephone conference with Anderson Ernst regarding ██████████ | 0.20 | 350.00 | 70.00 |
| 06/22/18 | Coleman, Charles T. | Telephone conference with Anderson Ernst regarding ████████████████████ | 0.30 | 350.00 | 105.00 |
| 06/23/18 | Coleman, Charles T. | Review and revise objection to confirmation | 0.30 | 350.00 | 105.00 |
| 06/23/18 | Coleman, Charles T. | Review and analyze ██████████████████████ | 0.90 | 350.00 | 315.00 |
| 06/25/18 | Coleman, Charles T. | Final revisions to objection to confirmation and file with Court | 0.20 | 350.00 | 70.00 |
| 06/25/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst with filed objection to confirmation | 0.10 | 350.00 | 35.00 |

██  Entegra Bank                                                    Invoice   406131
█ 5082   v. Wald Wood Products, Inc., et al.                                  Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 06/26/18 | Coleman, Charles T. | Telephone conference with attorney for Simmons Bank | 0.30 | 350.00 | 105.00 |
| 06/28/18 | Coleman, Charles T. | Review and revise Rule 26(f) report | 0.30 | 350.00 | 105.00 |
| 06/28/18 | Moss, Jaimie G. | Prepare joint Rule 26(f) report | 0.30 | 250.00 | 75.00 |
| 06/29/18 | Coleman, Charles T. | Prepare correspondence (2) to counsel for Simmons Bank regarding 26(f) report and review response | 0.20 | 350.00 | 70.00 |
| 06/29/18 | Moss, Jaimie G. | Review and revision of the Joint Rule 26(f) report | 0.20 | 250.00 | 50.00 |
| | **Total Fees and Hours** | | **12.30** | | **$4,255.00** |

### Timekeeper Time Summary

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Charles T. Coleman | 11.80 | at | $350.00 | = | 4,130.00 |
| Jaimie G. Moss | 0.50 | at | $250.00 | = | 125.00 |
| | **Current Fees** | | | | **$4,255.00** |

### For Expenses Incurred Through 06/30/18:

| Date | | Value |
|------|---|-------|
| 06/19/18 | Trip to- VENDOR: Charles T. Coleman; INVOICE#: 06192018; DATE: 6/19/2018  -  Trip to Ft. Smith 6/15 to attend meeing of creditors in CH 13 proceeding of Tom & Karen Wald (Meal $14.11, mileage $173.31 (318 miles @ $.545/mile); Charles T. Coleman | 188.42 |
| | **Current Expenses** | **$188.42** |

| | |
|---|---|
| **Total Current Charges** | **$4,443.42** |
| **Total Amount Due** | **$4,443.42** |

### WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | |
|---|---|
| Entegra Bank | Invoice Number    407346 |
| Anderson Ernst | Invoice Date    08/07/18 |
| Vice President | Client Number |
| 14 One Center Court | Matter Number 5082 |
| Franklin, NC 28734 | |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 07/31/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|------|------------|---|-------|------|-------|
| 07/05/18 | Coleman, Charles T. | Exchange emails with counsel for Simmons Bank regarding Rule 26 report | 0.20 | 350.00 | 70.00 |
| 07/05/18 | Coleman, Charles T. | Revise Rule 26 report and file with Court | 0.20 | 350.00 | 70.00 |
| 07/05/18 | Coleman, Charles T. | Revise affidavit of service on Funding Metrics and file with Court | 0.10 | 350.00 | 35.00 |
| 07/05/18 | Moss, Jaimie G. | Review correspondence with counsel for Simmons Bank regarding the Joint Conference Report | 0.40 | 250.00 | 100.00 |
| 07/06/18 | Coleman, Charles T. | Review writ of execution received from Ernst Anderson | 0.10 | 350.00 | 35.00 |
| 07/06/18 | Coleman, Charles T. | Review pleadings regarding Ron's Discount Lumber v. Wald | 0.20 | 350.00 | 70.00 |
| 07/06/18 | Coleman, Charles T. | Prepare correspondence to counsel for Ron's Discount Lumber | 0.20 | 350.00 | 70.00 |
| 07/06/18 | Coleman, Charles T. | Prepare correspondence to client with update | 0.20 | 350.00 | 70.00 |
| 07/08/18 | Coleman, Charles T. | Prepare correspondence to Chapter 13 Trustee regarding order for relief | 0.20 | 350.00 | 70.00 |
| 07/09/18 | Coleman, Charles T. | Review order entered by U.S. District Judge P.K. Holmes | 0.10 | 350.00 | 35.00 |
| 07/09/18 | Coleman, Charles T. | Review correspondence from counsel for Tom and Karen Wald regarding order for relief | 0.20 | 350.00 | 70.00 |
| 07/09/18 | Coleman, Charles T. | Review correspondence from Joyce Babin, Trustee | 0.20 | 350.00 | 70.00 |
| 07/09/18 | Coleman, Charles T. | Analyze issues raised by Judge Holmes and by Debtor counsel and how to resolve | 0.20 | 350.00 | 70.00 |
| 07/09/18 | Coleman, Charles T. | Review loan documents regarding allegations of debtor on equipment | 0.30 | 350.00 | 105.00 |
| 07/09/18 | Coleman, Charles T. | Telephone conference with Anderson Ernst regarding ███████████████ | 0.30 | 350.00 | 105.00 |
| 07/09/18 | Moss, Jaimie G. | Review and analysis of the Show Cause Order to determine ███████████████ | 0.30 | 250.00 | 75.00 |

Entegra Bank

Invoice    407346

█████ 5082    v. Wald Wood Products, Inc., et al.

Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|--|-------|------|-------|
| 07/09/18 | Moss, Jaimie G. | Review and analysis of Funding Metrics corporation information pled in other cases to determine ██████████████████ | 0.40 | 250.00 | 100.00 |
| 07/10/18 | Coleman, Charles T. | Analyze legal issues related to ████████ | 0.50 | 350.00 | 175.00 |
| 07/10/18 | Coleman, Charles T. | Analyze ██████████████ | 0.20 | 350.00 | 70.00 |
| 07/11/18 | Coleman, Charles T. | Telephone conference with Anderson Ernst regarding ██████████ | 0.30 | 350.00 | 105.00 |
| 07/11/18 | Coleman, Charles T. | Teleconference with opposing counsel Carl Hopkins | 0.10 | 350.00 | 35.00 |
| 07/11/18 | Coleman, Charles T. | Review documents received from Mr. Ernst | 0.20 | 350.00 | 70.00 |
| 07/11/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel regarding property of estate | 0.10 | 350.00 | 35.00 |
| 07/11/18 | Coleman, Charles T. | Prepare objection to exemptions | 0.30 | 350.00 | 105.00 |
| 07/11/18 | Coleman, Charles T. | Prepare correspondence to client with update | 0.20 | 350.00 | 70.00 |
| 07/12/18 | Coleman, Charles T. | Exchange emails with Debtors counsel - Carl Hopkins | 0.20 | 350.00 | 70.00 |
| 07/12/18 | Coleman, Charles T. | Telephone conference with Carl Hopkins - attorney for Debtor | 0.20 | 350.00 | 70.00 |
| 07/12/18 | Coleman, Charles T. | Review financials and prepare correspondence to Anderson Ernst | 0.20 | 350.00 | 70.00 |
| 07/16/18 | Coleman, Charles T. | Telephone conference with Anderson Ernst regarding ██████████████ | 0.20 | 350.00 | 70.00 |
| 07/16/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel with copies of statements | 0.20 | 350.00 | 70.00 |
| 07/17/18 | Coleman, Charles T. | Preparation of proof of claim and filing | 0.50 | 350.00 | 175.00 |
| 07/17/18 | Coleman, Charles T. | Review 3 emails from Anderson Ernst with personal financial statements, and personal and corporate returns | 0.60 | 350.00 | 210.00 |
| 07/18/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel with financial statements and tax returns | 0.50 | 350.00 | 175.00 |
| 07/18/18 | Lantz, Dee Dee | Review financial records to be produced and identify personally identifiable information in compliance with privacy rules | 0.60 | 120.00 | 72.00 |
| 07/19/18 | Coleman, Charles T. | Review, analyze and revise response to show cause | 0.20 | 350.00 | 70.00 |
| 07/19/18 | Coleman, Charles T. | Review correspondence from opposing counsel and respond | 0.30 | 350.00 | 105.00 |
| 07/19/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst with update | 0.20 | 350.00 | 70.00 |
| 07/19/18 | Moss, Jaimie G. | Prepare response to order to show cause | 0.60 | 250.00 | 150.00 |
| 07/19/18 | Moss, Jaimie G. | Research and analysis of Delaware law to determine ██████████████ | 0.40 | 250.00 | 100.00 |

█████ Entegra Bank                                                                    Invoice      407346
█████5082   v. Wald Wood Products, Inc., et al.                                                    Page 4

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 07/19/18 | Moss, Jaimie G. | Research and analysis of Pennsylvania law to determine ████████████ | 0.40 | 250.00 | 100.00 |
| 07/19/18 | Moss, Jaimie G. | Research and analysis of Funding Metrics, LLC's corporate information to determine ████████████ | 0.30 | 250.00 | 75.00 |
| 07/19/18 | Moss, Jaimie G. | Research and analysis of Simmons Bank's corporate information to ████████████ | 0.30 | 250.00 | 75.00 |
| 07/19/18 | Moss, Jaimie G. | Review and analysis of Arkansas law to determine ████████████ | 0.30 | 250.00 | 75.00 |
| 07/19/18 | Moss, Jaimie G. | Prepare corporate disclosure statement for Entegra Bank | 0.20 | 250.00 | 50.00 |
| 07/23/18 | Coleman, Charles T. | Review correspondence from opposing counsel | 0.20 | 350.00 | 70.00 |
| 07/25/18 | Coleman, Charles T. | Review Court's second show cause order | 0.20 | 350.00 | 70.00 |
| 07/25/18 | Coleman, Charles T. | Telephone conference with attorney for Funding Metrics regarding citizenship of Funding Metrics and prepare correspondence with affidavit | 0.30 | 350.00 | 105.00 |
| 07/25/18 | Moss, Jaimie G. | Review and analysis of the Order from Judge Holmes regarding diversity jurisdiction to determine additional information necessary to establish the citizenship of the parties | 0.30 | 250.00 | 75.00 |
| 07/25/18 | Moss, Jaimie G. | Research and analysis of Eighth Circuit precedent on ████████████ | 0.50 | 250.00 | 125.00 |
| 07/25/18 | Moss, Jaimie G. | Prepare affidavit for Funding Metrics on citizenship of its members for purposes of diversity jurisdiction | 0.20 | 250.00 | 50.00 |
| 07/25/18 | Moss, Jaimie G. | Prepare response to Order to establish citizenship of Funding Metrics and Wald defendants | 0.40 | 250.00 | 100.00 |
| 07/25/18 | Moss, Jaimie G. | Prepare correspondence to Paulette Yiambilis regarding the citizenship of Funding Metrics | 0.10 | 250.00 | 25.00 |
| 07/25/18 | Moss, Jaimie G. | Review and analysis of Karen and Tom Wald's bankruptcy petition and schedules to identify proof of citizenship in Arkansas | 0.30 | 250.00 | 75.00 |
| 07/25/18 | Moss, Jaimie G. | Prepare interrogatories to Funding Metrics to establish citizenship for diversity purposes | 0.20 | 250.00 | 50.00 |
| 07/27/18 | Coleman, Charles T. | Exchange emails with Mr. Ernst regarding ████████████ | 0.10 | 350.00 | 35.00 |
| 07/27/18 | Coleman, Charles T. | Exchange emails with general counsel for Funding Metrics regarding diversity affidavit | 0.50 | 350.00 | 175.00 |
| 07/27/18 | Coleman, Charles T. | Review, revise and analyze response to Court's second show cause order | 0.20 | 350.00 | 70.00 |
| 07/27/18 | Coleman, Charles T. | Exchange emails with opposing counsel regarding promised proposal | 0.20 | 350.00 | 70.00 |
| 07/27/18 | Moss, Jaimie G. | Review and revision of the response to the Order to establish citizenship of Tom and Karen Wald and Funding Metrics | 0.30 | 250.00 | 75.00 |

█████   Entegra Bank                                                    Invoice     407346
█5082   v. Wald Wood Products, Inc., et al.                                         Page 5

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|--|-------|------|-------|
| 07/27/18 | Moss, Jaimie G. | Review correspondence with Paulette Yiambilis regarding the affidavit of Funding Metrics to establish its citizenship | 0.30 | 250.00 | 75.00 |
| 07/30/18 | Coleman, Charles T. | Review correspondence from general counsel for Funding Metrics | 0.10 | 350.00 | 35.00 |
| 07/30/18 | Coleman, Charles T. | Prepare stipulation between Entegra Bank and Funding Metrics | 0.30 | 350.00 | 105.00 |
| 07/30/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ██████ | 0.20 | 350.00 | 70.00 |
| 07/30/18 | Coleman, Charles T. | Prepare litigation status, report and review file in process | 1.50 | 350.00 | 525.00 |
| 07/30/18 | Coleman, Charles T. | Review correspondence from Carl Hopkins, opposing counsel | 0.10 | 350.00 | 35.00 |
| 07/30/18 | Coleman, Charles T. | File and serve filed stipulation | 0.20 | 350.00 | 70.00 |
| 07/31/18 | Lantz, Dee Dee | Perform UCC search for filings related to Tom or Thomas Wald | 0.20 | 120.00 | 24.00 |
| | **Total Fees and Hours** | | **19.00** | | **$5,846.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|--|------|--|-------|
| Charles T. Coleman | 12.00 | at | $350.00 | = | 4,200.00 |
| Jaimie G. Moss | 6.20 | at | $250.00 | = | 1,550.00 |
| Dee D. Lantz | 0.80 | at | $120.00 | = | 96.00 |
| | **Current Fees** | | | | **$5,846.00** |

**For Expenses Incurred Through 07/31/18:**

| Date | | Value |
|------|--|-------|
| 07/02/18 | Long Distance - Telephone- Telephone; "1(479)420-9558", 2 Mins. | 1.92 |
| 07/31/18 | Fee- UCC searches on Thomas Wald 7/12/18 | 18.00 |
| | **Current Expenses** | **$19.92** |

| | |
|--|--|
| **Total Current Charges** | **$5,865.92** |
| **Total Amount Due** | **$10,309.34** |

# WRIGHT, LINDSEY & JENNINGS LLP

200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

Entegra Bank
Anderson Ernst
Vice President
14 One Center Court
Franklin, NC 28734

Invoice Number     408730
Invoice Date     09/17/18
Client Number     
Matter Number     5082

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 08/31/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 08/01/18 | Coleman, Charles T. | Review final scheduling order | 0.20 | 350.00 | 70.00 |
| 08/02/18 | Coleman, Charles T. | Confer with Joyce Babin, Trustee regarding case status | 0.20 | 350.00 | 70.00 |
| 08/03/18 | Coleman, Charles T. | Review trustee's motion to dismiss and prepare correspondence to client with update | 0.20 | 350.00 | 70.00 |
| 08/09/18 | Coleman, Charles T. | review and revise initial disclosures | 0.10 | 350.00 | 35.00 |
| 08/09/18 | Coleman, Charles T. | review and revise affidavit of default | 0.10 | 350.00 | 35.00 |
| 08/09/18 | Coleman, Charles T. | prepare correspondence to Anderson Ernst re ▮▮▮▮▮ | 0.10 | 350.00 | 35.00 |
| 08/09/18 | Moss, Jaimie G. | Prepare initial disclosures | 0.50 | 250.00 | 125.00 |
| 08/09/18 | Moss, Jaimie G. | Prepare affidavit of default as to Funding Metrics | 0.20 | 250.00 | 50.00 |
| 08/09/18 | Moss, Jaimie G. | Prepare affidavit of default as to Wald Wood Products | 0.20 | 250.00 | 50.00 |
| 08/13/18 | Coleman, Charles T. | Review correspondence from opposing counsel and respond | 0.10 | 350.00 | 35.00 |
| 08/13/18 | Coleman, Charles T. | Prepare correspondence to client ▮▮▮▮ | 0.20 | 350.00 | 70.00 |
| 08/13/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel re hearing on August 22 | 0.20 | 350.00 | 70.00 |
| 08/13/18 | Coleman, Charles T. | Prepare correspondence to Judge Barry re same- hearing on August 22 | 0.20 | 350.00 | 70.00 |
| 08/15/18 | Coleman, Charles T. | Review correspondence from Carl Hopkins and prepare correspondence to Judge Barry re continuance of Aug 22 hearing | 0.20 | 350.00 | 70.00 |
| 08/16/18 | Moss, Jaimie G. | Telephone conference with the clerk regarding the entry of default against Funding Metrics and Wald Wood | 0.20 | 250.00 | 50.00 |
| 08/20/18 | Moss, Jaimie G. | Prepare motion for default judgment | 1.50 | 250.00 | 375.00 |
| 08/20/18 | Moss, Jaimie G. | Review correspondence from Anderson Ernst regarding ▮▮▮▮▮ | 0.10 | 250.00 | 25.00 |

█████ Entegra Bank                                                    Invoice      408730
█████5082  v. Wald Wood Products, Inc., et al.                                    Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|--|-------|------|-------|
| 08/21/18 | Moss, Jaimie G. | Prepare brief in support of motion for default judgment | 3.50 | 250.00 | 875.00 |
| 08/21/18 | Moss, Jaimie G. | Prepare affidavit in support of motion for default judgment | 0.50 | 250.00 | 125.00 |
| 08/21/18 | Moss, Jaimie G. | Prepare motion for default judgment | 0.50 | 250.00 | 125.00 |
| 08/22/18 | Moss, Jaimie G. | Continue preparation of the brief in support of motion for default judgment | 0.50 | 250.00 | 125.00 |
| 08/22/18 | Moss, Jaimie G. | Review and revision of the motion for default judgment and brief in support | 0.60 | 250.00 | 150.00 |
| 08/22/18 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ████ | 0.20 | 250.00 | 50.00 |
| 08/22/18 | Moss, Jaimie G. | Review and revision of the affidavit in support of the motion for default judgment | 0.20 | 250.00 | 50.00 |
| 08/22/18 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ████ | 0.10 | 250.00 | 25.00 |
| 08/23/18 | Moss, Jaimie G. | Prepare and review correspondence with Anderson Ernst regarding ████████ | 0.20 | 250.00 | 50.00 |
| 08/24/18 | Moss, Jaimie G. | Review and revision of the brief in support of the motion for default judgment | 0.30 | 250.00 | 75.00 |
| | | **Total Fees and Hours** | **11.10** | | **$2,955.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|--|------|--|-------|
| Charles T. Coleman | 1.80 | at | $350.00 | = | 630.00 |
| Jaimie G. Moss | 9.30 | at | $250.00 | = | 2,325.00 |
| | | | **Current Fees** | | **$2,955.00** |

**For Expenses Incurred Through 08/31/18:**

| Date | | Value |
|------|--|-------|
| 08/16/18 | Long Distance - Telephone- Telephone; "1(479)783-6833", 3 Mins. | 1.92 |
| 08/21/18 | Computerized Research | 35.70 |
| 08/30/18 | Internet access to PACER | 0.70 |
| | **Current Expenses** | **$38.32** |

| | |
|--|--|
| **Total Current Charges** | **$2,993.32** |
| **Total Amount Due** | **$2,993.32** |

**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | |
|---|---|
| Entegra Bank | Invoice Number          410101 |
| Anderson Ernst | Invoice Date          10/17/18 |
| Vice President | Client Number          ███1 |
| 14 One Center Court | Matter Number          ██5082 |
| Franklin, NC 28734 | |

Re:   v. Wald Wood Products, Inc., et al.


**For Professional Services Incurred Through 10/17/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 09/05/18 | Coleman, Charles T. | Review Amended Chapter 13 Plan | 0.30 | 350.00 | 105.00 |
| 09/05/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel | 0.10 | 350.00 | 35.00 |
| 09/05/18 | Coleman, Charles T. | Telephone conversation with opposing counsel Carl Hopkins | 0.20 | 350.00 | 70.00 |
| 09/05/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst ███ ██████████████ | 0.30 | 350.00 | 105.00 |
| 09/05/18 | Coleman, Charles T. | Prepare objection to confirmation of amended plan | 0.30 | 350.00 | 105.00 |
| 09/05/18 | Coleman, Charles T. | Prepare Motion to Dismiss Chapter 13 proceeding | 0.60 | 350.00 | 210.00 |
| 09/05/18 | Coleman, Charles T. | Prepare Motion for Relief from Automatic Stay | 0.60 | 350.00 | 210.00 |
| 09/07/18 | Coleman, Charles T. | Review and Revise motion to dismiss, motion for relief and objection to confirmation of Amended plan | 0.50 | 350.00 | 175.00 |
| 09/10/18 | Coleman, Charles T. | Review order and notices regarding hearings on Motion for Relief, Motion to Dismiss and Objection to Confirmation for Oct 31 and Docket dates | 0.30 | 350.00 | 105.00 |
| 09/10/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ████████████████ | 0.20 | 350.00 | 70.00 |
| 09/11/18 | Coleman, Charles T. | Review court order in Federal Action denying Motion for Default | 0.10 | 350.00 | 35.00 |
| 09/11/18 | Moss, Jaimie G. | Review and analysis of order in Federal Action denying motion for default judgment | 0.20 | 250.00 | 50.00 |
| 09/16/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ███████████████ ██ | 0.30 | 350.00 | 105.00 |
| 09/17/18 | Coleman, Charles T. | Prepare Amended motion for relief from stay to address raised in Order in Federal Action and filed the motion with Court | 1.00 | 350.00 | 350.00 |
| 09/18/18 | Coleman, Charles T. | Telephone conversation with opposing counsel Carl Hopkins | 0.20 | 350.00 | 70.00 |

█████    Entegra Bank                                                Invoice    410101
██5082   v. Wald Wood Products, Inc., et al.                                   Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|--|-------|------|-------|
| 09/18/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel and Court | 0.20 | 350.00 | 70.00 |
| 09/19/18 | Coleman, Charles T. | Review multiple hearing notices, all hearings moved to Oct 30 and deadline for debtor to Object to motion | 0.30 | 350.00 | 105.00 |
| 09/24/18 | Coleman, Charles T. | Exchanged emails with Anderson Ernst regarding ███████████ | 0.20 | 350.00 | 70.00 |
| 09/24/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel Carl Hopkins regarding potential sale of collateral | 0.30 | 350.00 | 105.00 |
| | | **Total Fees and Hours** | **6.20** | | **$2,150.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|--|------|--|-------|
| Charles T. Coleman | 6.00 | at | $350.00 | = | 2,100.00 |
| Jaimie G. Moss | 0.20 | at | $250.00 | = | 50.00 |
| | | | **Current Fees** | | **$2,150.00** |
| | | | **Total Current Charges** | | **$2,090.00** |
| | | | **Total Amount Due** | | **$2,090.00** |

### WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

Entegra Bank                                    Invoice Number          410768
Anderson Ernst                                   Invoice Date          11/05/18
Vice President                                   Client Number      ███████
14 One Center Court                              Matter Number      ███5082
Franklin, NC 28734



Re:   v. Wald Wood Products, Inc., et al.


**For Professional Services Incurred Through 10/31/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 10/02/18 | Coleman, Charles T. | Prepare draft order for relief | 0.80 | 350.00 | 280.00 |
| 10/03/18 | Coleman, Charles T. | Review and revise proposed order and prepare correspondence to Judge Barry | 0.40 | 350.00 | 140.00 |
| 10/05/18 | Coleman, Charles T. | Review correspondence from counsel for Debtors regarding agreed surrender | 0.10 | 350.00 | 35.00 |
| 10/05/18 | Coleman, Charles T. | Review and revise order to provide agreed surrender and prepare correspondence to opposing counsel | 0.40 | 350.00 | 140.00 |
| 10/07/18 | Coleman, Charles T. | Exchange multiple emails with Chapter 13 Trustee and Debtor counsel | 0.20 | 350.00 | 70.00 |
| 10/07/18 | Coleman, Charles T. | Review and revise consent order as requested by Chapter 13 trustee | 0.30 | 350.00 | 105.00 |
| 10/08/18 | Coleman, Charles T. | Review correspondence from Chapter 13 trustee, review and revise order and prepare correspondence to Court with order | 0.20 | 350.00 | 70.00 |
| 10/08/18 | Coleman, Charles T. | Prepare correspondence to client ██████ | 0.20 | 350.00 | 70.00 |
| 10/09/18 | Coleman, Charles T. | Exchange emails with Anderson Ernst regarding ████████████████ | 0.30 | 350.00 | 105.00 |
| 10/09/18 | Coleman, Charles T. | Review legal research regarding ████████ ███████ | 0.10 | 350.00 | 35.00 |
| 10/18/18 | Coleman, Charles T. | Prepare Notice to file in US District Court | 0.30 | 350.00 | 105.00 |
| 10/18/18 | Coleman, Charles T. | Review and revise notice and file with Court | 0.20 | 350.00 | 70.00 |
| 10/23/18 | Coleman, Charles T. | Review amend final scheduling order docket dates including 8/26/19 trial date | 0.20 | 350.00 | 70.00 |
| 10/23/18 | Coleman, Charles T. | Review docket entry regarding order to file amended motion for default judgment | 0.10 | 350.00 | 35.00 |
| 10/23/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ██████ | 0.20 | 350.00 | 70.00 |
| 10/26/18 | Coleman, Charles T. | Telephone conversation with Anderson Ernst regarding ██████ | 0.10 | 350.00 | 35.00 |

| ████ | Entegra Bank | | | Invoice | 410768 |
| ████082 | v. Wald Wood Products, Inc., et al. | | | | Page 3 |

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 10/26/18 | Coleman, Charles T. | Telephone conversation with opposing counsel Carl Hopkins | 0.10 | 350.00 | 35.00 |
| 10/26/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ████ | 0.10 | 350.00 | 35.00 |
| 10/26/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ████ | 0.10 | 350.00 | 35.00 |
| 10/26/18 | Moss, Jaimie G. | Prepare renewed motion for default judgment and brief in support | 0.50 | 250.00 | 125.00 |
| 10/29/18 | Coleman, Charles T. | Exchange emails with Bankruptcy Court | 0.20 | 350.00 | 70.00 |
| 10/29/18 | Coleman, Charles T. | Telephone conversation with Carl Hopkins regarding hearings and status of collateral | 0.20 | 350.00 | 70.00 |
| 10/30/18 | Coleman, Charles T. | Review Bankruptcy hearing notices regarding 12/5/18 hearing | 0.10 | 350.00 | 35.00 |
| 10/30/18 | Moss, Jaimie G. | Review correspondence with Judge Holmes's law clerk regarding the renewed motion for default judgment | 0.20 | 250.00 | 50.00 |
| | **Total Fees and Hours** | | **5.60** | | **$1,890.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Charles T. Coleman | 4.90 | at | $350.00 | = | 1,715.00 |
| Jaimie G. Moss | 0.70 | at | $250.00 | = | 175.00 |
| | **Current Fees** | | | | **$1,890.00** |

**For Expenses Incurred Through 10/31/18:**

| Date | | Value |
|------|---|-------|
| 10/17/18 | Filing Fee- motion for relief - Western District) VENDOR: Bank of America; INVOICE#: 40/0918; DATE: 10/17/2018; Bank of America | 181.00 |
| | **Current Expenses** | **$181.00** |

| | **Total Current Charges** | **$2,071.00** |
| | **Total Amount Due** | **$2,071.00** |

# WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | |
|---|---|
| Entegra Bank | Invoice Number        412048 |
| Anderson Ernst | Invoice Date        12/05/18 |
| Vice President | Client Number        ▮ |
| 14 One Center Court | Matter Number        ▮5082 |
| Franklin, NC 28734 | |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 11/30/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 11/13/18 | Coleman, Charles T. | Review Bankruptcy Notice of Conversion | 0.10 | 350.00 | 35.00 |
| 11/13/18 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst regarding ▮ | 0.30 | 350.00 | 105.00 |
| 11/13/18 | Coleman, Charles T. | Prepare correspondence to opposing counsel regarding location of collateral | 0.20 | 350.00 | 70.00 |
| 11/13/18 | Moss, Jaimie G. | Prepare affidavit of default for Karen Wald | 0.20 | 250.00 | 50.00 |
| 11/13/18 | Moss, Jaimie G. | Prepare affidavit of default as to Tom Wald | 0.20 | 250.00 | 50.00 |
| 11/16/18 | Coleman, Charles T. | Review notice of 1st Meeting of Creditors on 12/14/18 and prepare correspondence to client with substantive update | 0.40 | 350.00 | 140.00 |
| 11/28/18 | Coleman, Charles T. | Review Notice of first meeting of creditors in Tom Wald Bankruptcy | 0.10 | 350.00 | 35.00 |
| | **Total Fees and Hours** | | **1.50** | | **$485.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Charles T. Coleman | 1.10 | at | $350.00 | = | 385.00 |
| Jaimie G. Moss | 0.40 | at | $250.00 | = | 100.00 |
| | **Current Fees** | | | | **$485.00** |

| | |
|---|---|
| **Total Current Charges** | **$485.00** |
| **Total Amount Due** | **$485.00** |

### WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

Entegra Bank                                    Invoice Number          413288
Anderson Ernst                                  Invoice Date            01/07/19
Vice President                                  Client Number           ███
14 One Center Court                             Matter Number           ███5082
Franklin, NC 28734

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 12/31/18:**

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 12/04/18 | Moss, Jaimie G. | Prepare brief in support of motion for default judgment against Karen and Tom Wald | 0.70 | 250.00 | 175.00 |
| 12/09/18 | Coleman, Charles T. | Prepare status report to Federal Court relating to Bankruptcy status pursuant to scheduling order | 0.30 | 350.00 | 105.00 |
| 12/20/18 | Coleman, Charles T. | Review analyze and revise motion for default and brief as to Walds individually | 0.40 | 350.00 | 140.00 |
| 12/20/18 | Moss, Jaimie G. | Continue preparing brief in support of motion for default judgment against Tom and Karen Wald | 0.50 | 250.00 | 125.00 |
| 12/20/18 | Moss, Jaimie G. | Prepare motion for default judgment against Tom and Karen Wald | 0.50 | 250.00 | 125.00 |
| | **Total Fees and Hours** | | **2.40** | | **$670.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Charles T. Coleman | 0.70 | at | $350.00 | = | 245.00 |
| Jaimie G. Moss | 1.70 | at | $250.00 | = | 425.00 |
| | **Current Fees** | | | | **$670.00** |

| | | |
|---|---|---|
| **Total Current Charges** | | **$670.00** |
| **Total Amount Due** | | **$670.00** |

### WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

| | |
|---|---|
| Entegra Bank | Invoice Number    414304 |
| Anderson Ernst | Invoice Date    02/05/19 |
| Vice President | Client Number ███ |
| 14 One Center Court | Matter Number ██5082 |
| Franklin, NC 28734 | |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 01/31/19:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 01/02/19 | Lantz, Dee Dee | Prepare correspondence to Brandon Piercy, process server, regarding amended proofs of service | 0.10 | 120.00 | 12.00 |
| 01/02/19 | Lantz, Dee Dee | Prepare correspondence to Brandon Piercy, process server, regarding amended affidavits of service | 0.10 | 120.00 | 12.00 |
| 01/09/19 | Coleman, Charles T. | Review order from Federal Court Judge regarding replevin | 0.30 | 350.00 | 105.00 |
| 01/09/19 | Coleman, Charles T. | Review legal and factual issues raised in order | 0.50 | 350.00 | 175.00 |
| 01/09/19 | Coleman, Charles T. | Prepare correspondence to Simmons Bank attorney regarding claim of lien | 0.20 | 350.00 | 70.00 |
| 01/09/19 | Lantz, Dee Dee | Telephone conference with Brandon Piercy, process server, regarding amended proof of service | 0.10 | 120.00 | 12.00 |
| 01/09/19 | Lantz, Dee Dee | Prepare correspondence to Brandon Piercy, process server, regarding amended proof of service to include service of the notice and affidavit of replevin | 0.10 | 120.00 | 12.00 |
| 01/09/19 | Lantz, Dee Dee | Review correspondence received from Brandon Piercy, process server, with amended proofs of service attached | 0.10 | 120.00 | 12.00 |
| 01/15/19 | Coleman, Charles T. | Exchange emails with counsel for Simmons Bank | 0.20 | 350.00 | 70.00 |
| 01/16/19 | Coleman, Charles T. | Review Order of Court and prepare correspondence to Court regarding Order | 0.20 | 350.00 | 70.00 |
| 01/16/19 | Moss, Jaimie G. | Research and analysis of legal actions filed by Bank of the West in order to identify counsel that may consent to priority of liens | 0.50 | 250.00 | 125.00 |
| 01/16/19 | Moss, Jaimie G. | Telephone conference with Kimberly Spicka with Bank of the West regarding the PMSI interest in Wald Wood collateral | 0.20 | 250.00 | 50.00 |
| 01/16/19 | Moss, Jaimie G. | Prepare and review correspondence with Kimberly Spicka with Bank of the West regarding Bank of the West's secured interest in Wald Wood collateral | 0.20 | 250.00 | 50.00 |
| 01/17/19 | Coleman, Charles T. | Review and analyze claim of Bank of the West | 0.20 | 350.00 | 70.00 |

█████   Entegra Bank                                                    Invoice     414304
█5082   v. Wald Wood Products, Inc., et al.                                         Page 3

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 01/17/19 | Coleman, Charles T. | Review Amended Answer of Simmons | 0.10 | 350.00 | 35.00 |
| 01/17/19 | Moss, Jaimie G. | Prepare and review correspondence from Kimberly Spicka of Bank of the West regarding the Wald Wood collateral | 0.20 | 250.00 | 50.00 |
| 01/17/19 | Moss, Jaimie G. | Telephone conference with Marc Cefalu regarding Bank of the West's interest in the collateral | 0.30 | 250.00 | 75.00 |
| 01/17/19 | Moss, Jaimie G. | Review correspondence from Marc Cefalu regarding Bank of the West's interest in the Wald Wood collateral | 0.10 | 250.00 | 25.00 |
| 01/17/19 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding t██████████████████ | 0.10 | 250.00 | 25.00 |
| 01/18/19 | Coleman, Charles T. | Review Amended Answer of Simmons Bank | 0.20 | 350.00 | 70.00 |
| 01/18/19 | Moss, Jaimie G. | Prepare correspondence to Marc Cefalu regarding Wald Wood collateral and Bank of the West's UCC financing statement | 0.10 | 250.00 | 25.00 |
| 01/22/19 | Coleman, Charles T. | Telephone conversation with Anderson Ernst regarding ██████████████████ ████ | 0.20 | 350.00 | 70.00 |
| 01/22/19 | Coleman, Charles T. | Review and revise Bank of West stipulation | 0.10 | 350.00 | 35.00 |
| 01/22/19 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ██████████████ | 0.10 | 250.00 | 25.00 |
| 01/22/19 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ██████████████████ | 0.10 | 250.00 | 25.00 |
| 01/22/19 | Moss, Jaimie G. | Prepare and review correspondence with Marc Cefalu regarding the purchase money security interest held by Bank of the West in Wald Wood equipment | 0.20 | 250.00 | 50.00 |
| 01/22/19 | Moss, Jaimie G. | Review correspondence from Anderson Ernst regarding ██████████████████ | 0.20 | 250.00 | 50.00 |
| 01/23/19 | Coleman, Charles T. | Review and revise response to Court order | 0.20 | 350.00 | 70.00 |
| 01/23/19 | Coleman, Charles T. | Review and revise affidavit | 0.10 | 350.00 | 35.00 |
| 01/23/19 | Coleman, Charles T. | Review Equipment appraisal | 0.10 | 350.00 | 35.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare stipulation between Entegra and Bank of the West | 0.50 | 250.00 | 125.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare and review correspondence with Marc Cefalu regarding the stipulation with Bank of the West and Entegra | 0.20 | 250.00 | 50.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare and review correspondence with Anderson Ernst regarding the stipulation with Bank of the West | 0.30 | 250.00 | 75.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare and review correspondence with Marc Cefalu regarding the approved stipulation with Entegra | 0.30 | 250.00 | 75.00 |

█████   Entegra Bank                                                Invoice    414304
█5082   v. Wald Wood Products, Inc., et al.                                    Page 4

| Date | Timekeeper | | Hours | Rate | Value |
|------|-----------|---|-------|------|-------|
| 01/23/19 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ████ | 0.10 | 250.00 | 25.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare supplemental affidavit of replevin | 0.20 | 250.00 | 50.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare response to third order to show cause | 0.70 | 250.00 | 175.00 |
| 01/23/19 | Moss, Jaimie G. | Prepare correspondence to Anderson Ernst regarding ████ | 0.10 | 250.00 | 25.00 |
| 01/24/19 | Moss, Jaimie G. | Prepare and review correspondence with Entegra Bank regarding ████ | 0.20 | 250.00 | 50.00 |
| 01/24/19 | Moss, Jaimie G. | Prepare and review correspondence with Anderson Ernst ████ | 0.20 | 250.00 | 50.00 |
| | **Total Fees and Hours** | | **8.20** | | **$2,245.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| Charles T. Coleman | 2.60 | at | $350.00 | = | 910.00 |
| Jaimie G. Moss | 5.10 | at | $250.00 | = | 1,275.00 |
| Dee D. Lantz | 0.50 | at | $120.00 | = | 60.00 |
| | | | **Current Fees** | | **$2,245.00** |

**For Expenses Incurred Through 01/31/19:**

| Date | | Value |
|------|---|-------|
| 01/16/19 | Long Distance - Telephone- Telephone; "1(415)536-3452", 4 Mins. | 3.20 |
| 01/16/19 | Long Distance - Telephone- Telephone; "1(402)918-1626", 1 Mins. | 1.28 |
| 01/22/19 | Long Distance - Telephone- Telephone; "1(828)524-7000", 2 Mins. | 1.92 |
| | **Current Expenses** | **$6.40** |

| | | |
|---|---|---|
| | **Total Current Charges** | **$2,251.40** |
| | **Total Amount Due** | **$2,251.40** |

## WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
501-371-0808

Entegra Bank
Anderson Ernst
Vice President
14 One Center Court
Franklin, NC 28734

| | |
|---|---|
| Invoice Number | 415528 |
| Invoice Date | 03/05/19 |
| Client Number | ███ |
| Matter Number | ██5082 |

Re:   v. Wald Wood Products, Inc., et al.

**For Professional Services Incurred Through 02/28/19:**

| Date | Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|---|
| 02/14/19 | Coleman, Charles T. | Exchange emails with Anderson Ernst regarding ████████ | 0.30 | 350.00 | 105.00 |
| 02/14/19 | Moss, Jaimie G. | Review correspondence with Anderson Ernst regarding ██████████████ | 0.20 | 250.00 | 50.00 |
| 02/25/19 | Coleman, Charles T. | Review and respond to correspondence from Anderson Ernst | 0.30 | 350.00 | 105.00 |
| 02/25/19 | Coleman, Charles T. | Telephone conversation with Court regarding pretrial order | 0.20 | 350.00 | 70.00 |
| 02/25/19 | Coleman, Charles T. | Review Amended pretrial order and amended dates | 0.30 | 350.00 | 105.00 |
| 02/25/19 | Coleman, Charles T. | Prepare correspondence to Anderson Ernst (2nd) ██████████ | 0.20 | 350.00 | 70.00 |
| | **Total Fees and Hours** | | **1.50** | | **$505.00** |

**Timekeeper Time Summary**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Charles T. Coleman | 1.30 | at | $350.00 | = | 455.00 |
| Jaimie G. Moss | 0.20 | at | $250.00 | = | 50.00 |
| | | | **Current Fees** | | **$505.00** |

| | |
|---|---|
| **Total Current Charges** | **$505.00** |
| **Total Amount Due** | **$505.00** |